FILED

DEC 2 0 2007
Dec. 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
                         )    No. **07CR 0857**
            v.           )
                         )    Violations: Title 18, United States Code,
OVERTIS SYKES and        )    Sections 2113(a)
LAURA BARKALOW           )

JUDGE NORGLE

MAGISTRATE JUDGE MASON

**COUNT ONE**

The SPECIAL AUGUST 2006-2 GRAND JURY charges:

On or about June 7, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

OVERTIS SYKES and
LAURA BARKALOW,

defendants herein, by force and violence, and by intimidation, took from the person and presence of

a bank teller, approximately $585.00 in United States currency belonging to and in the care, custody,

control, management, and possession of North Community Bank, located at 5342 North Broadway

Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance

Corporation;

In violation of Title 18, United States Code, Sections 2113(a).

## COUNT TWO

The SPECIAL AUGUST 2006-2 GRAND JURY further charges:

On or about June 13, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

OVERTIS SYKES and
LAURA BARKALOW,

defendants herein, by force and violence, and by intimidation, took from the person and presence of

a bank teller, approximately $895.00 in United States currency belonging to and in the care, custody,

control, management, and possession of TCF Bank, located at 5516 North Clark Street, Chicago,

Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a).

## COUNT THREE

The SPECIAL AUGUST 2006-2 GRAND JURY further charges:

On or about June 15, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

OVERTIS SYKES and
LAURA BARKALOW,

defendants herein, by force and violence, and by intimidation, took from the person and presence of a bank teller, approximately $575.00 in United States currency belonging to and in the care, custody, control, management, and possession of TCF Bank, located at 4355 North Sheridan Road, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a).

## COUNT FOUR

The SPECIAL AUGUST 2006-2 GRAND JURY further charges:

On or about June 18, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

**OVERTIS SYKES and
LAURA BARKALOW,**

defendants herein, by force and violence, and by intimidation, took from the person and presence of a bank teller, approximately $2,125.00 in United States currency belonging to and in the care, custody, control, management, and possession of TCF Bank, located at 4660 West Irving Park Road, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY