Minute Order Form (rev. 4/99)

**FILED**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

**JUDGE NORGLE**      **MAGISTRATE JUDGE MASON**

DEC 20 2007
Dec 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 GJ 482  **07 CR 0857** | DATE | **DECEMBER 20, 2007** |
| CASE TITLE | **US v. OVERTIS SYKES and LAURA BARKALOW** | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL AUGUST 2006-2** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

DETENTION ORDER PREVIOUSLY ISSUED IN 06 CR 453 TO STAND AS TO
OVERTIS SYKES. BOND SET IN 06 CR 453 TO STAND AS BOND IN THIS
INSTANCE AS TO LAURA BARKALOW.

SIGNATURE OF JUDGE _____   (ONLY IF FILED
OR MAGISTRATE JUDGE                            UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Number of notices | DOCKET# |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |