# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                             Case No.: 1:07−cr−00857

                                                        Honorable Charles R. Norgle Sr.

Overtis Sykes, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

      MINUTE entry before Judge Charles R. Norgle as to Defendants Overtis Sykes and Laura Barkalow: The January 11, 2008 arraignment date set before Judge Norgle is stricken. Telephoned/mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.