# United States District Court
# Northern District of Illinois



In the Matter of

USA

v.

Overtis Sykes and Laura Barkalow

Case No. 07 CR 857

Designated Magistrate Judge
Michael T. Mason

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles R. Norgle** to be related to **06 CR 453** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge John F. Grady

Dated: January 9, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **John F. Grady**.

ENTER

FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: JAN -10 2008

Finding of Relatedness (Rev. 9/99)