

Affidavit of a specific Negative Averment

**KC FILED**   JAN 15 2008

JAN 15 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

State of Illinois}
}
}Scilicet
County of Cook }

Case No 07 CR 0857
Judge Grady

"Indeed no more than {affidavits} is necessary
to make the prima facie case." <u>United States</u>
v. Kis, 658 F. 2nd, 526, 536 {7<sup>th</sup> Cir. 1981}; Cert
Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982.

One Living, sentient, free-will, natural woman known as Laura Barkalow, hereinafter "One", acting with rights granted by life and upheld by all valid and just law declares and attest that the following facts are true, correct, complete and certain in accord with One's deeply held spiritual convictions and creed re GOD ALMIGHTY.

One issues this Affidavit of Specific Negative Averment, hereinafter "Affidavit", on the basis that each and every party acting against One in any manner purport to be acting in an official capacity.

One denies that any of the below-named, undefined, and unproved beings/entities/persons/corporations/associations/trust/unincorporated associations/limited partnerships/Whatever exist is solvent, has capacity to sue and be sued, can appear in court, and is in a bona fide, enforceable contract with any alleged party;

1. CITY OF CHICAGO
2. STATE OF ILLINOIS
3. UNITED STATES OF AMERICA
4. PEOPLE OF THE UNITED STATES
5. UNITED STATES
6. US
7. U.S.
8. USA
9. U.S.A.
10. THE GOVERNMENT OF THE UNITED STATES
11. UNITED STATES GOVERNMENT
12. U.S. GOVERNMENT
13. US GOVERNMENT
14. TYLER C. MURRAY ASSISTANT UNITED STATES ATTORNEY
15. TYLER C. MURRAY
16. UNITED STATES ATTORNEY
17. ASSISTANT UNITED STATES ATTORNEY
18. ILLINOIS BAR ASSOCIATION
19. STATE BAR OF ILLINOIS
20. ALL BAR ASSOCIATIONS
21. UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
22. SOCIAL SECURITY ADMINISTRATION
23. INTERNAL REVENUE SERVICE
24. OVERTIS SYKES
25. LAURA BARKALOW

26. ALL SUB-AGENCIES AND DIVISIONS OF ALL THE ABOVE ENTITIES.

The correct parties concerning any alleged dispute must be accurately and legally identified and present in court in order for any proceeding to commence, inasmuch as with whom, how, and why, rendering any such proceeding and all matters connected therewith, and pertaining thereto void for vagueness as per 46 Am Jur 2d Judgments:

"100. Parties. A judgment should identify the parties for and against whom it is rendered, with such certainty that it may be readily enforced and a judgment which does not do so may be regarded as void for uncertainty…"

This Affidavit constitutes "Specific Negative Averment" in accordance with Federal Rule of Civil Procedure Rule 9 {a} re alleged "UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION," Charge/case allegedly involving some undefined and unproved beings/entities/persons/corporations/associations/trust/unincorporated associations/whatever referenced as "UNITED STATES OF AMERICA" hereinafter "Fictional Agency" Tyler C. Murray and/or any Assistant United States attorney hereinafter "Fictional Claimants", and OVERTIS SYKES and LAURA BARKALOW, hereinafter "Fictional Debtor{s}," whereby One declares and attests absolutely that:

1. None of the above-enumerated all-capital-letter assemblages of letters exist and is solvent.

2. One is none of said all-capital-letter assemblages of letters, i.e. not Fictional Agency, not Fictional Claimant, and not Fictional Defendant, and therefore One is a non-party to any "UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION" case and/or charge

3. One's true name is Laura Barkalow not LAURA BARKALOW

4. One's rank is that of unlimited-liability, sentient, living being with all absolute, unalienable rights, and power to uphold said rights, in tact.

5. One's standing in law is that of a sovereign in a collective capacity with other sovereigns, a inhabitant on the soil of the land commonly referenced as "Illinois."

6. All assertions that One is a party to any proceeding concerning the "UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION" are null and void and of no force and affect ab initio. One is not party to any imaginary dispute between non-existent and non-appearing entities.

7. Any UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION case/account purporting to involve One must be abated ab initia.

8. One is not a defendant. One is Secured Party/Creditor of the Debtors OVERTIS SYKES and LAURA BARKALOW, ENS LEGIS {Stramineus homo} .

9. One as the Secured Party has a priority interest in protecting the property right{s} of both the Debtors and the Secured Party.

10. One is not a Debtor/Defendant. One is the Creditor/Principal holding claim and priority security lien interest on the Debtor{s} {See UCC-1 No. P478357 filed with the Iowa Secretary of State UCC Division.}

11. Fictional Agency and Fictional Plaintiff do not possess, and can never possess, jurisdiction over One, nor One's property, nor One's rights, and the issue of jurisdiction cannot be waived.

Affidavit of specific negative averment page 2 of 3

12. The record must be corrected re this matter immediately.

13. UNITED STATES by and through its attorney or any agent has not and cannot disclose the documentation-evidence that One has signed the social compact known as the Constitution for the United States/Constitution that would bind affiant to any liability and jurisdiction of the Federal Corporation.

14. All Parties whatsoever are estopped henceforth from acting against any of One's rights and property in any manner re this matter.

Any man or woman desiring to rebut this Affidavit and disprove the negative averments asserted herein must rebut in the manner of this Affidavit signed in the responding parties own handwriting, using Christian or family name for signature, executed true, correct, complete, and certain, notarized, and mailed to the below named Notary Public within ten {10} calendar days of receipt or be in Default hereof. Said default establishes on the record the confession and the consent of judgment by every man or woman acting adversely concerning One in any manner that:

    1. Non- of the above all-capital beings/ entities/ personal Trust/ corporations/ associations/unincorporated associations/limited partnerships/whatever referenced herein exist, is solvent, possesses "capacity to sue and be sued…or sue and be sued in a reprehensive capacity," and can appear in Court re this instant matter, whereby UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION Case No. 07 CR 857 and/or any alleged to involve One does not exist ab initia and Fictional Agency has no jurisdiction over the non-existent cause, the non-existent parties, the non-existant thing.

    2. Any Man or Woman who is in default hereof who continues to act against One in any manner is acting illegally, without authority, in private capacity, and in the complete absence of all jurisdiction.

    3. One is fully authorized to incorporate this Affidavit as *prima facie* evidence into any proceeding that may arise from the subject matter contained herein.

    4. One is fully authorized o employ any and all just and lawful means of remedy and recourse concerning actions against One by any party who admits and confesses by default to be devoid of all rights, authority, and official immunity.

The undersigned Affiant Laura Barkalow i.e. "One" , does herewith assert and declare one One's unlimited liability that One issues this "Affidavit of Specific Negative Averment" with the sincere intent that One id competent to stat the matter set forth herein, that the contents are true, correct, complete and certain in accordance with One's knowledge, understanding and sincerely held spiritual convictions and creed.

Any and all responses should be sent to one in care of the below named Notary Public in the exact manner as shown below.

ROSETTA PAGE, Notary Public  
5039 South Marshfield  
Chicago, Illinois 00000

    *Laura Barkalow*  
    Laura Barkalow, sui juris

OFFICIAL SEAL  
JANICE MCWHORTER  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:06/07/11

SUBSCRIBED AND SWORN to before me this /5 day of January 2008

*Signature*  
Signature of Notary or Witness

page 3

Affidavit of specific negative averment page 3 of 3