JAN 15 2008
KC FILED
JAN 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA                    CASE NO. 07 CR 0857

v.

OVERTIS SYKES
LAURA BARKALOW                              HON. JOHN GRADY

---

### APPEARANCE BRIEF BY SPECIAL VISITATION

NOW COMES THE Third Party Intervenor on behalf of the Defendant{s}/ Debtor{s} OVERTIS SYKES and LAURA BARKALOW, to notice the above styled Court that the Third Party Intervenor has accepted for value the Prosecutors offer and had agreed to perform to go to prison- pay the fine- etc. ...but that was predicted upon Proof of Claim.

The Prosecutor has failed to bring forth Proof of Claim, has failed to state a claim upon which relief can be granted by his dishonor/silence and/or *general acquiescence*- {See: Federal Rules of Civil Procedure 12 B {6} }, and has stipulated to the facts as they operate in favor of the Defendant{s}.

The acceptance and Formal Acceptance of the Prosecutor and all the facts touching upon these matters are now before the court. I do not know what to do... What's my remedy?

"Without Prejudice"
Authorized Representative- Attorney-in-Fact

_____
Overtis Sykes- Third Party Intervenor for
OVERTIS SYKES {ENS LEGIS} and
LAURA BARKALOW {ENS LEGIS}