# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 857 - 2 | **DATE** | 1/16/2008 |
| **CASE TITLE** | USA vs. Laura Barkalow | | |

**DOCKET ENTRY TEXT**

Arraignment held as to defendant Laura Barkalow. The court enters a plea of not guilty for this defendant. Jury trial set for 2/11/08 as to co-defendant Overtis Sykes. Enter order setting conditions of release. Enter own recognizance bond in the amount of $4500.00.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|