**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cr−00857
　　　　　　　　　　　　　　　　　　　　Honorable John F. Grady

Overtis Sykes, et al.
　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

　　　MINUTE entry before Judge John F. Grady : Status hearing set for 1/30/2008 at 09:00 a.m. as to all defendants in courtroom 1425. Mailed notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.