## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 857 - 2 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. Laura Barkalow | | |

**DOCKET ENTRY TEXT**

Status hearing held. By agreement of the parties and consent of Laura Barkalow, trial will commence at the conclusion of the case against co-defendant Overtis Sykes which is currently set to begin on 03/10/08 for one week. Order excludable delay pursuant to 18:3161 (h)(8)(A)(B) in the interest of justice.   (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|