UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 857 |
| | ) | |
| OVERTIS SYKES, *et al.* | ) | Hon. John F. Grady |

## GOVERNMENT'S WITNESS LIST

The UNITED STATES OF AMERICA, through its attorney PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby submits the following list of witnesses that the government intends to call at trial:

| | | |
|---|---|---|
| 1. | Thomas Weber | Federal Bureau of Investigation |
| 2. | Garrett Croon | Federal Bureau of Investigation |
| 3. | Alene Guzman | North Community Bank |
| 4. | Sana Haseen | North Community Bank |
| 5. | Shannon Dukes | North Community Bank |
| 6. | Michael Brogan | North Community Bank |
| 7. | Elizabeth Carreno | TCF Bank |
| 8. | Sana Paracha | TCF Bank |
| 9. | Daniella Durand | TCF Bank |
| 10. | Michael Frazier | Chicago Police Department |
| 11. | Angelika Padlo | TCF Bank |
| 12. | Edward Johnson | TCF Bank |

| | | |
|---|---|---|
| 13. | Monique Brillhart | Federal Bureau of Investigation |
| 14. | Frederick Scott | Chicago Police Department |

                    Respectfully submitted,

                    PATRICK J. FITZGERALD
                    United States Attorney

By:   /s/ Tyler C. Murray
        TYLER C. MURRAY
        BRIAN R. HAVEY
        Assistant United States Attorneys
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-7846/886-2065

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Government's Witness List**

was served on March 8, 2008, in accordance with FED. R. CRIM. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and upon the following parties by U.S. Mail:

| | |
|---|---|
| Laura Barkalow | Overtis Sykes |
| Sister House | #09082-424 |
| 851 N. Leamington Ave. | Metropolitan – MCC |
| Chicago, Illinois 60651 | 71 W. Van Buren |
| | Chicago, Illinois 60605 |

By: /s/ Tyler C. Murray
Tyler C. Murray
Assistant U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-7846