UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 857 |
| | ) | |
| OVERTIS SYKES, *et al.* | ) | Hon. John F. Grady |

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits the following proposed voir dire questions:

1. Have you, a member of your family, or any of your relatives or close friends ever been arrested or charged with a crime, other than a minor traffic violation? If so, what was the nature of the crime and what was the outcome of the case? Did that experience leave you with either a positive or negative impression of the judicial system, judges, prosecutors, or defense attorneys?

2. Have you ever served on a jury before? If so, did the jury deliberate and reach a verdict? Please describe the type of case. Did that experience leave you with either a positive or negative impression of the judicial system, judges, prosecutors, or defense attorneys?

3. The defendant in this case has been charged with four counts of bank robbery. Is there anything about the nature of this case or the charges which would prevent you from being a fair and impartial juror?

4. Have you or a member of your family had any business with, been employed by, or had any association with North Community Bank or TCF Bank?

5. The investigation was conducted by FBI agents and Chicago police officers. Have you had any experience with the FBI, the Chicago Police Department, or any other law enforcement

agency that might affect your ability to be a fair and impartial juror in this case?

6. Have you, a member of your family, or any of your relatives or close friends had any business with, been employed by, or had any association with the FBI, the Chicago Police Department, the U.S. Attorney's Office, or any other law enforcement agency?

7. Have you ever had any legal training or law courses, or have you ever worked in a law office?

8. Have you, a member of your family, or any of your relatives or close friends ever filed a claim or case against the federal government or had a legal dispute with the federal government? Was there anything about those proceedings or the circumstances leading up to them that you found upsetting or troubling? Was there anything about those proceedings that left you with negative feelings about the federal government?

9. Are you, a member of your family, or any of your relatives or close friends acquainted with the defendant?

10. Do you, a member of your family, or any of your relatives or close friends know the defendant or counsel for the government?

11. Do you, a member of your family, or any of your relatives or close friends know any of the following potential government witnesses in this case:

- Monique Brillhart
- Elizabeth Carreno
- Garrett Croon
- Shannon Dukes
- Daniela Durand
- Michael Frazier
- Alene Guzman
- Sana Haseen
- Edward Johnson

- Gina Johnson
- Michael Brogan
- Angelika Padlo
- Sana Paracha
- Frederick Scott
- Thomas Weber
- Dan Wilton

12. If at the conclusion of the case you were to find that you disagreed with the law as given to you by the court, would you still be able to follow the law and reach a verdict by applying that law to the evidence?

13. Do you hold any religious, philosophical, moral, or other beliefs that would make it difficult for you to judge another person?

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:  /s/ Tyler C. Murray
        TYLER C. MURRAY
        BRIAN R. HAVEY
        Assistant United States Attorneys
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-7846/886-2065

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Government's Proposed Voir Dire Questions**

was served on March 8, 2008, in accordance with FED. R. CRIM. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and upon the following party by U.S. Mail:

> Overtis Sykes
> #09082-424
> Metropolitan – MCC
> 71 W. Van Buren
> Chicago, Illinois 60605

By:   /s/ Tyler C. Murray
Tyler C. Murray
Assistant U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-7846