UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 857 |
| | ) | |
| OVERTIS SYKES, *et al.* | ) | Hon. John F. Grady |

**GOVERNMENT'S PROPOSED STATEMENT OF THE CASE**

The defendant is charged in Count One of the indictment with robbing the North Community Bank, located at 5342 North Broadway Avenue in Chicago, Illinois, on June 7, 2006.

The defendant is charged in Count Two of the indictment with robbing the TCF Bank, located at 5516 North Clark Street in Chicago, Illinois, on June 13, 2006.

The defendant is charged in Count Three of the indictment with robbing the TCF Bank, located at 4355 North Sheridan Road in Chicago, Illinois, on June 15, 2006.

The defendant is charged in Count Four of the indictment with robbing the TCF Bank, located at 4660 West Irving Park Road in Chicago, Illinois, on June 18, 2006.

The defendant has pleaded not guilty to the offenses with which he has been charged.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   /s/ Tyler C. Murray
        TYLER C. MURRAY
        BRIAN R. HAVEY
        Assistant United States Attorneys
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-7846/886-2065

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Government's Proposed Statement of the Case**

was served on March 8, 2008, in accordance with FED. R. CRIM. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and upon the following party by U.S. Mail:

>Overtis Sykes
>#09082-424
>Metropolitan – MCC
>71 W. Van Buren
>Chicago, Illinois 60605

By:    /s/ Tyler C. Murray
Tyler C. Murray
Assistant U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-7846