# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 857 | **DATE** | March 7, 2008 |
| **CASE TITLE** | United States v. Overtis Sykes | | |

**DOCKET ENTRY TEXT**

The motion of the defendants, Overtis Sykes and Laura Barkalow, to Dismiss the Indictment Due to Lack of Subject Matter Jurisdiction, filed on March 6, 2008, is denied.

The motion of the defendants to Dismiss the Indictment for Violation of the Fifth Amendment Due Process Clause and the Sixth Amendment Speedy Trial Clause, filed February 26, 2008, is denied.

_____ [ For further details see text below.] Docketing to mail notices.

:00

**STATEMENT**