## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 857 - 2 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Laura Barkalow | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 04/02/08 at 9:30 a.m. as to defendant Laura Barkalow. Change of plea set for 04/02/08 at 9:30 a.m. Jury trial set to begin 04/07/08 at 10:00am. Time continues to be excluded pursuant to 18:3161 (h)(8)(A)(B) in the interest of justice until 04/07/08.   (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|