# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Overtis Sykes, et al.

Defendant.

Case No.: 1:07−cr−00857
Honorable John F. Grady

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

MINUTE entry before Judge Honorable John F. Grady:Change of Plea Hearing and status hearing set for 04/02/08 stricken and reset to 4/8/2008 at 9:30 a.m. as to defendant Laura Barkalow. Jury Trial set to begin 04/07/08 stricken and reset to 4/8/2008 at 09:30 a.m. if a plea is not entered by the defendant. Mailed notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.