Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 857 - 2 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Laura Barkalow | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held as to defendant Laura Barkalow. Defendant informed of her rights. The defendant enters a plea of guilty to counts one, two and three of the indictment. Enter a finding of guilty. Enter plea agreement. Cause referred to the probation office for presentence investigation. Sentencing set for 07/16/08 at 2:00 p.m. Jury trial set to begin today is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | JD |
|---|---|---|